THE MASON STABLE CO., LIMITED, Respondent, v. MARGARET LEWIS, Appellant.

APPEAL from judgment in favor of plaintiff.

*Coleman & Donohue*, for appellant.

*Cannon & Atwater*, for respondent.

McCARTHY, J. It is certain that, in relation to the boarding of the horses with the plaintiff, Mr. Frederick Lewis was the representative of the defendant and acted for her, and no other coloring can be given to their relations and these transactions.

The law in regard to the liability of an unknown, principal when discovered is too well established to need further comment.

We find no error in the decision rendered, and, therefore, must affirm the judgment, with costs.

FITZSIMONS, J., concurs.

Judgment affirmed, with costs.